Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) | In Proceedings Under Chapter 13 |
|---|---|---|
| GEOFFREY ALAN SWANSON, | ) | Case No. 4:09-bk-02570-JMM |
| Debtor. | ) | ORDER RE PROOF OF CLAIM NO. 2 |

The Debtor, GEOFFREY ALAN SWANSON, by and through counsel undersigned, filed an Objection to Proof of Claim No. 2. The Court has considered the record, and no opposition being filed thereto,

IT IS ORDERED that the Objection is sustained, and that Claim No. 2 will be treated as a secured claim in the amount of $9,683.31 at 6.5% interest.

DATED this ___ day of October, 2009.

_____
United States Bankruptcy Judge

Copy of the foregoing mailed
this 9th day of October, 2009 to:

Dianne C. Kerns, Trustee
7320 N. La Cholla, #154-413
Tucson, AZ 85741

Chase Auto Finance Corp.
c/o Mary Lautenbach
National Bankruptcy Department
201 N. Central Avenue, AZ1-1191
Phoenix, AZ 85004


/s/ Alma Duarte